IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PERMOBIL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-586 |
| v. ) | |
| ) | Judge Campbell |
| MARK WESTPHAL, ) | Magistrate Judge Holmes |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO STAY

Defendant Mark Westphal ("Westphal") respectfully moves to stay this litigation, pending the outcome of the Complaint filed by the National Labor Relations Board ("NLRB") against Permobil. In the instant case, Permobil has sued Westphal seeking to enforce a restrictive covenant. However, the NLRB has found that the non-compete agreement at issue here violates the National Labor Relations Act ("NLRA"). That agency has further found that Permobil's lawsuit against Westphal is a separate violation of the Act. This matter should be stayed, pending the outcome of the NLRB's Complaint. First, the litigation should be stayed under the doctrine of "primary jurisdiction." Second, this matter should also be stayed under the inherent discretion that this Court possesses to manage its docket in a manner that promote judicial efficiency.

Westphal has submitted a separate Memorandum in support of this motion.

Westphal has conferred with Permobil's counsel, and Plaintiff has not agreed to stay this matter.

Respectfully Submitted,

*/s/ Jonathan O. Harris*
Jonathan O. Harris (TN Bar No. 21508)
John R. Adams (TN Bar No. 39284)
JACKSON LEWIS P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 565-1661
Fax: (615) 206-2244
Email: jonathan.harris@jacksonlewis.com
john.adams@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on March 1, 2024, I served a true and correct copy of the foregoing *Defendant's Motion to Stay* via electronic mail, upon the following counsel of record:

Erin Palmer Polly
Jason Callen
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
erin.polly@klgates.com
beau.creson@klgates.com

*Attorneys for Plaintiff*

*/s/ Jonathan O. Harris*

4854-8632-6186, v. 1