**From:** McConnell, Carolyn <Carolyn.McConnell@nlrb.gov>
**Sent:** Tuesday, January 9, 2024 10:56 AM
**To:** sturner@grsm.com; Harris, Jonathan O. (Nashville) <Jonathan.Harris@jacksonlewis.com>
**Subject:** Permobil, 19-CA-324895

> **CAUTION:** This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

Parties:

This case has been sent to the Division of Advice, on the question whether the Employer violated the Act by 1) requiring, as a term of employment, an employment agreement that constrained Section 7 rights and 2) filing a lawsuit to enforce that agreement.

Sincerely,

Carolyn McConnell
Field Attorney | National Labor Relations Board | Region 19
United States Government
2948 Jackson Federal Building, 915 Second Ave., Seattle, WA 98174
✉ carolyn.mcconnell@nlrb.gov | ☎ (206) 220-6285 | 📠 (206) 220-6305

> Please be aware that this email may be subject to public disclosure under the Freedom of Information Act or other authorities, though exceptions may apply for certain case-related information, personal privacy, and other matters.