UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PERMOBIL, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:23-CV-586 |
| | ) | Judge William L. Campbell, Jr. |
| MARK WESTPHAL, | ) | Magistrate Judge Barbara D. Holmes |
| | ) | |
|     Defendant. | ) | |

## PERMOBIL, INC.'S MOTION TO DISMISS MARK WESTPHAL'S COUNTERCLAIMS

Mark Westphal's ("Westphal") Counterclaims against Permobil, Inc. ("Permobil") should be dismissed in their entirety under Federal Rule of Civil Procedure 12(b)(6). Nearly all of Westphal's Counterclaims rest on arguments that this Court already rejected in denying Westphal's Motion to Dismiss. In Counts I and II, Westphal asserts claims for violations of Washington's Non-Compete Act and Washington's common law of retaliation even though this Court already has ruled that Tennessee law applies in this litigation. Similarly, in Counts VI and VII, Westphal advances negligent and intentional misrepresentation claims because Permobil supposedly said that Washington, rather than Tennessee, law would apply to his employment agreement. The Court already rejected this same argument as a basis for application of Washington law, and it fares no better as support for a misrepresentation claim.

The rest of Westphal's Counterclaims are deficient under Tennessee law even accepting his factual allegations as true. In Count III, Westphal asserts a common law claim under Tennessee law for retaliation even though no such claim exists and, even if it did, would be preempted by state statute. In Counts IV and V, Westphal attempts to plead claims for intentional and negligent

infliction of emotional distress, but his allegations fail to meet the high standards for such claims under Tennessee law. For these reasons, Westphal's Counterclaims should be dismissed. In further support, Permobil submits a Memorandum of Law.

Respectfully submitted,

/s/ Jason W. Callen
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Jason W. Callen (#26225)
jason.callen@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Permobil, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel and unrepresented parties via U.S. Mail, first-class postage prepaid, this May 6, 2024, on the following:

Jonathan O. Harris
John R. Adams
Jackson Lewis P.C.
611 Commerce Street, Suite 2803
Nashville, Tennessee 37203

/s/ Jason W. Callen