IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PERMOBIL, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00586 |
| ) | |
| MARK WESTPHAL, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant/Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SUNRISE MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1, 2, AND 3, ) | |
| ) | |
| Counter-Defendants ) | |

## ORDER

Pending before the Court are Permobil, Inc.'s motion to dismiss Mark Westphal's counterclaims (Doc. No. 78) and motion for preliminary injunction (Doc. No. 94). Also pending before the Court are Mark Westphal's motion for judgment on the pleadings (Doc. No. 100) and Sunrise Medical, LLC's motion to dismiss (Doc. No. 113). For the reasons set forth in the accompanying memorandum, the foregoing motions (Doc. Nos. 78, 94, 100, 113) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE