# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| PERMOBIL, INC. ) | |
| ) | Case No. 3:23-cv-00586 |
| v. ) | Chief Judge Campbell |
| ) | Magistrate Judge Holmes |
| MARK WESTPHAL *et al.* ) | |

## FIFTH MODIFIED CASE MANAGEMENT ORDER

The parties informed the Court that the Fourth Modified Case Management Order (Docket No. 132) contains a scrivener's error regarding the deadline to complete expert depositions. Accordingly, to correct that error, the case management schedule and plan is modified as follows:

1. DISCLOSURE AND DEPOSITION OF EXPERTS. The deadline to complete expert depositions is extended from February 28, 2025 to **June 20, 2025**. All other provisions for disclosure and deposition of experts remain unchanged.

2. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge