## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| PERMOBIL, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:23-CV-586 |
| | ) | Judge William L. Campbell, Jr. |
| MARK WESTPHAL, | ) | Magistrate Judge Barbara D. Holmes |
| | ) | |
| Defendant/Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUNRISE MEDICAL (US) LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1, 2, AND 3, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

---

## NOTICE OF SETTLEMENT

---

The Court's Fourth Modified Case Management Order provides as follows: "By no later than **November 15, 2024**, the parties must file a joint case resolution status report confirming their additional substantive attempt at settlement." (Docket Entry 132 at 1). The parties respectfully notify the Court that they tentatively have reached a resolution of all claims in this matter. The parties currently are documenting the terms of the resolution and anticipate that they will be in the position to file appropriate dismissal pleadings within thirty days.

Respectfully submitted,

/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Jason W. Callen (#26225)
jason.callen@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Permobil, Inc.*


/s/ Jonathan O. Harris
Jonathan O. Harris (#21508)
jonathan.harris@jacksonlewis.com
John R. Adams (#39284)
john.adams@jacksonlewis.com
Jackson Lewis P.C.
611 Commerce Street, Suite 2803
Nashville, Tennessee 37203
(615) 565-1661

*Counsel for Mark Westphal*


/s/ Samuel L. Jackson
Samuel Jackson (#21541)
sjackson@spencerfane.com
Chase Fann (#36794)
cfann@spencerfane.com
Spencer Fane Bone McAllester
511 Union Street, Suite 1000
Nashville, Tennessee 37219
(615) 238-6300

*Counsel for Sunrise Medical (US) LLC*

2

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel and unrepresented parties via U.S. Mail, first-class postage prepaid, this November 15, 2024, on the following:

Jonathan O. Harris
John R. Adams
Jackson Lewis P.C.
611 Commerce Street, Suite 2803
Nashville, Tennessee 37203

Samuel Jackson
Chase Fann
Spencer Fane Bone McAllester
511 Union Street, Suite 1000
Nashville, Tennessee 37219

/s/ Erin Palmer Polly