IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PERMOBIL, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00586 |
| ) | |
| MARK WESTPHAL, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant/Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SUNRISE MEDICAL, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1, 2, AND 3, ) | |
| ) | |
| Counter-Defendants ) | |

## ORDER

The Court is in receipt of the parties' jointly filed notice of settlement (Doc. No. 136) stating that they tentatively have reached a resolution of all claims in this matter. Through the notice, the parties report that they are currently documenting the terms of the resolution and anticipate that they will be in the position to file appropriate dismissal pleadings within thirty days. Accordingly, on or before December 20, 2024, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice on December 20, 2024.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE