ORDER: The motion (Doc. No. 138) is GRANTED.

*/s/ William L. Campbell, Jr.*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **PERMOBIL, INC.,** ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action Number 3:23-CV-586 |
| ) | Judge William L. Campbell, Jr. |
| **MARK WESTPHAL,** ) | Magistrate Judge Barbara D. Holmes |
| ) | |
| Defendant/Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **SUNRISE MEDICAL (US) LLC,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| **JOHN DOES 1, 2, AND 3,** ) | |
| ) | |
| Counterclaim Defendants. ) | |

## MOTION FOR ENLARGEMENT

On November 15, 2024, Permobil, Inc., Sunrise Medical (US) LLC, and Mark Westphal notified the Court that they tentatively reached a resolution of all claims in this matter. (Docket Entry 136). Thereafter, on November 20, 2024, the Court instructed the parties to submit a proposed order of compromise and dismissal or a stipulation of dismissal on or before December 20, 2024. (Docket Entry 137). The parties respectfully move the Court to enlarge this deadline by twenty-one (21) days to January 10, 2025. The parties note that they have reached a resolution on all terms of the settlement and that they simply are working on documenting the settlement. The intervening holidays will make finalizing documentation slower than it ordinarily otherwise